UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   )  | ORDER REVOKING AUTHORIZATION |
| )  | FOR APPOINTMENT OF COUNSEL |
| V.                         )  | |
| )  | CASE NO. 2:07-mj-09 |
| BIANCA A. QUINTANA         )  | |

On January 23, 2007, Bianca Quintana submitted a financial affidavit in application for court-appointed counsel, and this Court endorsed the affidavit, approving that application. This Court's approval was in error. The January 23, 2007 Order is **REVOKED**, and the application for court-appointed counsel is **DENIED**.

Dated this 26th day of January, 2007.

/s/ *Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge